UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREL ESPINOSA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT MILLER, et al.,<br><br>　　　　Defendants. | No.  2:15-mc-0095 KJM CKD PS<br><br><br><br>ORDER |

　　　This action was opened as a miscellaneous action because plaintiff is subject to a vexatious litigant order requiring prefiling screening of plaintiff's complaints.  After review of the lodged complaint and the applicable standards and pertinent law, the court finds that the complaint does not merit filing.

　　　Accordingly, IT IS HEREBY ORDERED that The Clerk of Court is directed not to file the lodged complaint and to close the above-titled miscellaneous action.

Dated:  September 1, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

4 espinosa0095.vex.pfr